IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRACY JEAN BELL,<br><br>　　　　Defendant. | CR 22-23-M-DLC<br><br>ORDER |

Due to a conflict on the Court's calendar,

IT IS ORDERED that the initial appearance and arraignment scheduled for April 24, 2023 are VACATED and RESET for 1:30 p.m. on June 1, 2023, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

IT IS FURTHER ORDERED that the Writ of Habeas Corpus (for prosecution) issued on February 22, 2023 (Doc. 87) is QUASHED. The Clerk of this Court is directed to issue a new Writ of Habeas Corpus (for prosecution) directing the Commander of the Lincoln County Jail for the District of Oregon and

1

the United States Marshal for the District of Montana to produce TRACY JEAN BELL, before the Court at the Magistrate Judge's Courtroom in Missoula, Montana, at 1:30 p.m. on June 1, 2023, and TRACY JEAN BELL is to stay in federal custody until Judgment in this case is issued. TRACY JEAN BELL shall then be returned to the custody of the Commander, Lincoln County Jail, Newport, Oregon.

    DATED this 10th day of April, 2023.

                                                    *Kathleen DeSoto*
                                                    Kathleen L. DeSoto
                                                    United States Magistrate Judge